USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 6/8/07

PREIKA, J.

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

---

BELLE MAISON USA Ltd.,

        Plaintiff,

– against –

TEXTILES FROM EUROPE, INC. d/b/a
VICTORIA CLASSICS,

        Defendant.

---

CIVIL ACTION NO. 06 CIV 13714 (LAP)

STIPULATION FOR ORDER OF DISMISSAL
WITH PREJUDICE

### STIPULATION FOR ORDER OF DISMISSAL WITH PREJUDICE

The parties to this action having stipulated to a permanent injunction and a settlement of this litigation as described below, it is hereby

**ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

1. This case involves claims between Plaintiff Belle Maison USA Ltd. ("Belle Maison") and Defendant Textile From Europe dba Victoria Classics ("Victoria Classics").

2. Without any admission of wrongdoing or liability, the parties have agreed to settle this case and all other claims between them.

3. This order shall be final and entered immediately upon application made.

4. The parties have entered into a settlement agreement and a Stipulated Permanent Injunction, a copy of which is attached hereto as Exhibit A, and such agreement and stipulated permanent injunction further constitutes the terms of this Stipulated Judgement and Order. This Court retains jurisdiction and venue to enforce the terms of the settlement agreement and the Stipulated Permanent Injunction.

5. Each party shall bear its own costs of suit and attorneys' fees.

6. This case shall be dismissed with prejudice.

Dated: New York, New York

May ____, 2007

                So ordered,

                _____

                United States District Judge

Respectfully submitted,

Date: 5/25/07

*[signature]*

Law Office of Richard B. Klar
Richard B. Klar, Esq. (RK 6925)
145 Willis Avenue
Mineola, New York 11501
Tel: (516) 248-8800
Fax: (516) 248-8802
Attorneys for Plaintiff

Date: 5/10/07

*[signature]*

GREENBERG TRAURIG LLP
Scott Gelin (SG 9599)
MetLife Building, 200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

Attorneys for Defendant

SO ORDERED

*[signature]*

LORETTA A. PRESKA
UNITED STATES DISTRICT JUDGE

June 7, 2007

3

**EXHIBIT A**



UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

BELLE MAISON USA Ltd.,

    Plaintiff,

-- against --

TEXTILES FROM EUROPE, INC.
d/b/a VICTORIA CLASSICS,

    Defendant.

CIVIL ACTION NO. 06 CIV 13714 (LAP)

STIPULATED ORDER FOR PERMANENT
INJUNCTION ON CONSENT

    Plaintiff Belle Maison USA, Ltd. ("Belle Maison") claiming to own the exclusive right, title and interest to the word marks "BELLE MAISON" and "BELLEMAISON" and having commenced this action alleging infringement and unfair competition against Defendant Textiles from Europe, Inc. d/b/a Victoria Classics ("Victoria Classics") for its use of the mark "BELLE MAISON" on home comforter sets; and

    Defendant Victoria Classics, without admitting liability, but wishing to settle the matter by agreeing to discontinue all use of "BELLE MAISON" and "BELLE MAISON" and, as between Belle Maison and Victoria Classics, acknowledging Belle Maison's rights in the word marks "BELLE MAISON" and "BELLEMAISON"; and

    The parties, having indicated below their consent to the form and entry of this Permanent Injunction and Final Judgment on Consent.

    IT IS HEREBY ORDERED, ADJUDGED AND DECREED:

    Defendant Victoria Classics and officers, agents, employees, and all those in active concert or participation with Victoria Classics are permanently enjoined and restrained from the manufacture, reproduction, importation, exportation, preparation, promotion, display, sale, offer for sale, distribution, marketing of bedding and/or home textiles bearing word marks "BELLE

MAISON" and/or "BELLEMAISON" including but not limited to the use of the inserts identified in Exhibit A of the Complaint in this Action;

IT IS FURTHER ORDERED, that this Court has jurisdiction over the parties, and the subject matter of the action. This Court shall retain jurisdiction to the extent necessary to enforce this Injunction and the Settlement Agreement between the parties, which is hereby made a part hereof and incorporated by reference, and to determine any issues that may arise under either.

CONSENTED TO BY BELLE MAISON USA LTD.

Dated: 5/18/07

By: *[signature]*

Richard B. Klar, Esq. (RK 6925)
Law Office of Richard B. Klar
145 Willis Avenue
Second Floor,
Mineola, NY 11501
(516)248-8800

Attorney for Plaintiff,
Belle Maison USA Ltd

CONSENTED TO BY TEXTILES FROM EUROPE, INC d/b/a VICTORIA CLASSICS

Dated: 5|10|07

By: *[signature]*

GREENBERG TRAURIG LLP
Scott Gelin (SG 9599)
MetLife Building, 200 Park Avenue
New York, New York 10166
Tel: (212) 801-9200
Fax: (212) 801-6400

SO ORDERED

Dated: _____

By: _____

UNITED STATES DISTRICT JUDGE

The Clerk of the Court shall mark this action closed and all pending motions denied as moot.

SO ORDERED:

*[signature]* May 22, 2007
LORETTA A. PRESKA, U.S.D.J.

2